(118 So. 920)

**W. J. BULLARD v. STATE.** (6 Div. 216.)

Supreme Court of Alabama. Oct. 4, 1928.

Charles H. Fanning, of Birmingham, for petitioner.
Willard Drake, of Birmingham, opposed.

PER CURIAM. Petition of W. J. Bullard for certiorari to the Court of Appeals to review and revise the judgment and decision of

704

that court in Bullard v. State, 22 Ala. App. 661, 118 So. 922. Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.